MARK T. NIELSEN et al., Respondents, v. JOSEPH CORBO et al., Appellants.—

Martuscello, Acting P. J., Latham, Kleinfeld and Benjamin, JJ., concur; Brennan, J., dissents and votes to affirm the judgment on the opinion at the Special Term.